**SOUTHERN GROUTS & MORTARS, INC., Plaintiff–Appellant,**

v.

**LATICRETE INTERNATIONAL, INC., Defendant–Appellee.**

**No. 2007–1098.**

United States Court of Appeals, Federal Circuit.

Oct. 5, 2007.

Shawn L. Birken, Rothstein Rosenfeldt Adler, of Fort Lauderdale, FL, argued for plaintiff-appellant. On the brief was Jan-Paul Guzman.

Robert Curcio, DeLio & Peterson, LLC, of New Haven, CT, argued for defendant-appellee. With him on the brief were Anthony P. DeLio and Peter W. Peterson.

Before MAYER, Circuit Judge, JACOBS, Chief Judge *, and PROST, Circuit Judge.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.